# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLIED SYSTEMS, INC.

VERSUS

ON CALL ELECTRICAL
SOLUTIONS, LLC AND
CONSTRUCTION MANAGEMENT
ENTERPRISES, LLC

NO.  2025 CW 0026

**FEBRUARY 24, 2025**

---

In Re:    Construction Management Enterprises, L.L.C., applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 693863.

---

**BEFORE: McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

   **WRIT NOT CONSIDERED.** The writ application fails to comply
with Rules 4-3 and 4-5(C)(10) of the Uniform Rules of Louisiana
Courts of Appeal because the writ application does not contain a
copy of the return date order or the pertinent court minutes.
Additionally, although not required by the Uniform Rules of
Louisiana Courts of Appeal, this court requires a copy of the
pertinent hearing transcript in the event that a new writ
application is filed.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
all documents necessary to show timeliness of this writ
application, and must comply with Rule 2-12.2 of the Uniform Rules
of Louisiana Courts of Appeal. Any new application must be filed
on or before March 11, 2025 and must contain a copy of this ruling.

                         **PMc**
                         **WIL**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT